**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| SUSAN L. BRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | **ACTION** |
| | ) | |
| v. | ) | No.   08-1196-MLB |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge Donald Bostwick, and after a de novo determination upon the record pursuant to Fed.R.Civ.P. Rule 72(b), the court accepts the recommended decision and adopts it as its own.

IT IS SO ORDERED.

Dated this 4th day of June, 2009 at Wichita, Kansas.

                                                  s/ Monti Belot
                                                Monti L. Belot
                                                UNITED STATES DISTRICT JUDGE